1
2
3
4
5
6
7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   BERNIE AYALA,                           No.  2:20-CV-2014-DMC-P

12                Plaintiff,

13        v.                                 ORDER

14   TILLERY, et al.,

15                Defendants.

16

17        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pursuant to Eastern District of California Local Rules, this case was not

19   assigned to a District Judge when the case was filed.  The parties have not consented to

20   Magistrate Judge jurisdiction and the Court now finds that assignment of a District Judge is

21   necessary to properly address the case.

22        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

23   randomly assign a District Judge and to update the docket to reflect the new case number.

24

25   Dated:  January 26, 2022

26                                           _____
                                             DENNIS M. COTA
27                                           UNITED STATES MAGISTRATE JUDGE

28

                                             1