IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNIE AYALA,<br><br>                 Plaintiff,<br><br>     v.<br><br>TILLERY, et al.,<br><br>                 Defendants. | No.  2:20-CV-2014-TLN-DMC-P<br><br><br><br>ORDER |

Plaintiff, a former prisoner proceeding pro se, brings this civil rights action pursuant to   42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 29, for a 60-day extension of time to file objections to the Court's June 12, 2022, findings and recommendations.  Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time following his release on parole in March 2022, Plaintiff's motion is granted.  Plaintiff may file objections within 60 days of the date of this order.

IT IS SO ORDERED.

Dated:  July 19, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE