IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNIE AYALA, | No. 2:20-CV-2014-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| TILLERY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 45, for a 60-day extension of time to file an opposition to Defendants' motion to dismiss. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to difficulties adjusting to life outside of prison since his release on parole in March 2022, Plaintiff's motion is granted. Plaintiff may file an opposition within 60 days of the date of this order.

IT IS SO ORDERED.

Dated: February 2, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE