IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNIE AYALA, | No. 2:20-CV-2014-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| TILLERY, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a notice of voluntary dismissal of Defendant Tillery. Because no answer or motion for summary judgment has been filed, leave of Court is not required and Defendant Tillery is dismissed on Plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to terminate Tillery as a party to this action.

IT IS SO ORDERED.

Dated:  June 12, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1