IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNIE AYALA, | No. 2:20-CV-2014-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| FELTNER, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the District Judge's August 7, 2023, order, this action proceeds on the first amended complaint on Plaintiff's failure-to-protect claims against Defendants Artal, Feltner, and Gann, who shall be required to file an answer.

Accordingly, IT IS HEREBY ORDERED that Defendant shall file an answer to the first amended complaint within 30 days of the date of this order.

Dated: October 6, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1