ROB BONTA, State Bar No. 202668
Attorney General of California
JOANNA B. HOOD, State Bar No. 264078
Supervising Deputy Attorney General
DANIEL D. MCGEE, State Bar No. 218947
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7895
  Fax: (916) 324-5567
  E-mail: Daniel.McGee@doj.ca.gov
*Attorneys for Defendants*
*J. Feltner, P. Gann, and J. Artal*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BERNIE AYALA,** | 2:20-cv-02014-TLN-DMC-P |
| Plaintiff, | **[PROPOSED] ORDER VACATING AND CONTINUING APRIL 2, 2024 SETTLEMENT CONFERENCE** |
| v. | |
| **FELTNER, et al.,** | |
| Defendants. | |

Good cause appearing, the parties' stipulation is GRANTED. The Settlement Conference that is currently set for April 2, 2024, at 9:00 a.m., is hereby vacated and continued until April 30, 2024, at 9:00 a.m., in order to allow the parties to continue engaging in informal settlement negotiations and, potentially, to settle this case without Court intervention. If the parties reach an agreement in advance of the continued settlement conference, the parties shall promptly file a Notice of Settlement in accordance with Local Rule 160. Otherwise, the parties' settlement conference statements shall be filed at least seven days before the date of the continued settlement

///

///

///

1

1  conference.  The parties shall file once, and if, they finalize their settlement agreement.

2      IT IS SO ORDERED.

3  Dated: March 26, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE